UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>                    Plaintiff,<br>       v.<br><br>KAREN ULBRICHT, et al.,<br><br>                    Defendants. | CASE NO. C20-0617JLR<br><br>ORDER |
| KAREN ULBRICHT, et al.,<br><br>                    Plaintiffs,<br>       v.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>                    Defendant. | |

ORDER - 1

|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES FIDELITY AND GUARANTY COMPANY, |
| 3 | |
| 4 | Third Party Plaintiff, v. |
| 5 | P.M. NORTHWEST, INC., et al., |
| 6 | Third Party Defendants. |

Before the court is the parties' stipulated motion seeking an order granting Plaintiffs leave to file a seconded amended complaint for insurance bad faith damages. (Mot. (Dkt. # 19).)  The court previously consolidated the above-captioned action with *USF&G v. Ulbricht, et al.*, No. C20-0369JLR (W.D. Wash.) and ordered the parties to file all future pleadings under case number C20-0369JLR.  (*See* 9/21/20 Order *(*Dkt. # 17).)  The court therefore STRIKES the parties' stipulated motion (Dkt. # 19).

Dated this 2nd day of November, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2